IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KRISTY LYNN AUSTIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00457-O-BP |
| | § | |
| THE BANK OF NEW YORK | § | |
| MELLON f/k/a THE BANK OF NEW | § | |
| YORK AS TRUSTEE FOR CWABS, | § | |
| INC. ASSET BACKED | § | |
| CERTIFICATES, SERIES 2003-BC4; | § | |
| and NATIONSTAR MORTGAGE | § | |
| LLC d/b/a MR. COOPER, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Defendants' Amended Motion for Judgment on the Pleadings, ECF No. 15, is **GRANTED**, and Plaintiff's Amended Complaint, ECF No. 9, is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on this **18th** day of **February**, **2020**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**